# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| REZAC LIVESTOCK COMMISSION CO., INC. | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:15-cv-04958-DDC-KGS |
| | ) |
| PINNACLE BANK, et al., | )<br>) |
| Defendants. | ) |

## PLAINTIFF'S CERTIFICATE OF SERVICE OF
## THIRD REQUESTS FOR DOCUMENTS TO DEFENDANT DINSDALE BROS.,
## FOURTH REQUESTS FOR DOCUMENTS TO DEFENDANT PINNACLE BANK,
## AND SUPPLEMENTAL DISCLOSURES

The undersigned counsel for Plaintiff Rezac Livestock Commission Co., Inc. hereby certifies that true and correct copies of its Third Requests for Documents to Defendant Dinsdale Bros., Inc., Fourth Requests for Documents to Defendant Pinnacle Bank, Plaintiff's Supplemental Disclosures were served via electronic mail in PDF and WORD format, on March 16, 2018, on the opposing parties as follows:

| | |
|---|---|
| Timothy A. Shultz<br>GOODELL STRATTON<br>515 S. Kansas Ave.<br>Topeka, KS 66603<br>tshultz@gseplaw.com | Scott C. Sandberg<br>John O'Brien<br>Spencer Fane LLP<br>1700 Lincoln St., Suite 2000<br>Denver, Colorado 80203<br>jobrien@spencerfane.com |
| Randy Wright<br>Baird Holm LLP<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102-2068<br>rwright@bairdholm.com | ssandberg@spencerfane.com<br>Attorneys for Defendant Dinsdale Bros., Inc. |
| Attorneys for Pinnacle Bank | Thomas Hiatt<br>Spencer Fane LLP<br>1000 Walnut St., Suite 1400<br>Kansas City, MO 64106<br>thiatt@spencerfane.com<br>Attorneys for Dinsdale Bros. Inc. |

       Respectfully Submitted,

       **BRYAN CAVE LLP**


       By:    Michelle M. Masoner
          Robert M. Thompson    KS #14673
          Michelle M. Masoner    KS #18424
          Stephanie C. Bradshaw    KS #26716
          1200 Main Street, Suite 3800
          Kansas City, Missouri 64105
          Telephone:    (816) 374-3200
          Facsimile:    (816) 374-3300
          rmthompson@bryancave.com
          michelle.masoner@bryancave.com
          stephanie.bradshaw@bryancave.com

       ATTORNEYS FOR
       REZAC LIVESTOCK COMMISSION CO., INC.