IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No.    15-CV-4958-DDC-KGS

REZAC LIVESTOCK COMMISSION CO., INC.

    Plaintiff,

v.

PINNACLE BANK; and DINSDALE BROS., INC.,

    Defendants.

**AFFIDAVIT OF DAVID WAHLERT IN SUPPORT OF DEFENDANT DINSDALE BROS., INC.'S MOTION FOR SUMMARY JUDGMENT**

Dave Wahlert, being first duly sworn, avers that he is over 21 years of age, that he has personal knowledge of, or has verified from reliable sources, the following facts, and that if called to testify he would aver to their truth:

1. I am an employee of Dinsdale Brothers, Inc. ("**Dinsdale Bros.**").

2. Dinsdale Bros. is in the business of feeding cattle. Dinsdale Bros. buys cattle from six or seven persons licensed as dealers under the Packer & Stockyards Act. One of those dealers was Charlie Leonard of Leonard Cattle Company ("**Leonard**").

3. Since 2002, my duties at Dinsdale Bros. include, among other things. purchasing cattle from dealers, including Leonard. Dealers like Leonard buy cattle for their own account and then re-sell the cattle to purchasers like Dinsdale Bros.

4. In Dinsdale Bros.' purchases from him, Leonard:

    a. Purchased cattle from sale barns;

    b. Paid the sale barn himself;

**EXHIBIT 1**

       c.      Issued an invoice from Leonard to Dinsdale Bros. for the cattle re-sold to Dinsdale Bros.;

       d.      Paid for insurance and transportation of the cattle Dinsdale Bros. purchased.

5.     On September 28, 2015, Leonard and I spoke briefly on the telephone. During that call we discussed the cattle market and Leonard informed me that he was planning to attend an auction in St. Marys, Kansas. I informed Leonard that Dinsdale Bros. was in the cattle market but we did not discuss prices. I planned to call Leonard the next day after checking the market.

6.     Before I spoke with Leonard on September 28, 2015, I did not know whether he was planning to attend a cattle sale the next day or, if so, which auction Leonard was planning to attend.

7.     Neither I nor anyone else representing Dinsdale Bros. instructed Leonard to attend the auction in St. Marys on September 29, 2015.

8.     Before this lawsuit was filed, I had never heard of the Rezac sale barn in St. Marys or communicated with any representative of Rezac. I knew the location of some of the auctions Leonard attended, but I did not know he previously attended the Rezac auction in St. Marys.

9.     On September 29, 2015, I spoke with Leonard on the telephone and informed him that Dinsdale Bros. was interested in purchasing heifers under 800 pounds and steers under 900 pounds. We did not discuss the price or total quantity that Dinsdale Bros. would purchase from

**EXHIBIT 1**

Leonard, which were left for future discussion. No one other than Leonard and I participated in this call.

10. On September 29, 2015, like all other days before it, Dinsdale Bros. had no control over:

    a. Whether Leonard attended an auction;

    b. The location of any auction Leonard attended; or

    c. Whether or under what terms Leonard purchased cattle.

11. On September 29, 2015, like all other days before it, Leonard could purchase cattle for anyone he desired and, depending on what Leonard purchased, Dinsdale Bros. could purchase some or all the cattle from Leonard. Dinsdale Bros. never indicated to Leonard that he was obligated to purchase cattle for Dinsdale Bros.

12. Later on September 29, 2015, Leonard called me and informed me that he had purchased cattle and we confirmed that Dinsdale Bros. would purchase cattle from Leonard. No one other than Leonard and I participated in that call.

13. On September 29, 2015, Leonard sold 668 head of cattle (the **"Cattle"**) to Dinsdale Bros.

14. Leonard's office prepared invoices for the sale and sent it to Dinsdale Bros. Copies of those invoices are attached to Dinsdale Bros.' Memorandum in Support of Motion for Summary Judgment as Exhibit 4. The invoices were the only documents Leonard sent to Dinsdale Bros. concerning the sale.

**EXHIBIT 1**

15. Dinsdale Bros. paid Leonard $1,004,351.49 for the Cattle by wiring it to Leonard's bank account. Leonard instructed Dinsdale Bros. to wire the purchase price to Leonard's account and Leonard never stated or implied that the purchase price should be sent anywhere else.

16. Leonard did not inform Dinsdale Bros. what he paid the sale barn for the cattle on September 29, 2015. No one ever provided Dinsdale Bros. with any invoice or other documentation for Leonard's purchase from the sale barn.

*//THIS SPACE LEFT INTENTIONALLY BLANK//*

**EXHIBIT 1**

DINSDALE BROTHERS, INC.

By: *David Wahlert*
Its: Employee

SUBSCRIBED AND SWORN before me this 21 day of June, 2018.

*[signature]*
NOTARY PUBLIC

My commission expires: Aug 4, 2021

JENNIFER D. EVERHART
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19984024811
MY COMMISSION EXPIRES AUG. 4, 2021

**EXHIBIT 1**