```
LEONARD CATTLE COMPANY
PO BOX 349
154 MAIN STREET                                        20045
SPRINGFIELD, NE 68059         SEP 30 2015

Pay to the
Order of  Rezac Livestock Comm. Co. Inc-    $ 980,361.45

                                          Dollars
PINNACLE BANK
GRETNA · OMAHA · PAPILLION
                                    Tammy Nichols
FOR 179 Hfrs & 489 Strs

⑆020045⑆ ⑈104913912⑈ REDACTED
```

10/5/2015  20045  104913912  REDACTED  $980,361.45

REDACTED 101114390< 10/5/2015
PBA REDACTED

PAY TO THE ORDER OF
ST. MARYS STATE BANK
ST. MARYS, KS 66536
▼101114390◄
FOR DEPOSIT ONLY
REZAC LIVESTOCK
COMMISSION CO., INC
937749

10/5/2015  20045  104913912  REDACTED  $980,361.45



EXHIBIT
67
9-12-17  CHS

**EXHIBIT 3**
RLC000064