```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF KANSAS
 2
                          ----------
 3
      Civil Action No. 15-CV-4958-DDC-KGS
 4

 5    REZAC LIVESTOCK COMMISSION CO, INC.,

 6              Plaintiff,

 7    VS.

 8    PINNACLE BANK; and DINSDALE BROS, INC.,

 9              Defendants.

10                         -----------

11

12    THE ORAL DEPOSITION of ALAN NEUBERGER, produced,
      sworn and examined on behalf of the Defendant, in his
13    individual and Corporate Representative Capacity of
      Neuberger Cattle Company, pursuant to Notice to Take
14    Deposition on Friday, May 11, 2018, beginning at 9:40
      a.m, at the offices of Bryan Cave Leighton Paisner,
15    LLP, 1200 Main Street, Suite 3800, Kansas City,
      Missouri, 64105, before me,
16
                       TRICIA D. TATE
17                CERTIFIED COURT REPORTER
                       HUNTER & GEIST
18
      a Certified Court Reporter, in a certain cause now
19    pending In the United States District Court, for the
      District of Kansas, wherein the parties are as
20    hereinbefore indicated.

21

22

23

24

25
```

**H+G**

**Hunter + Geist, Inc.**

303.832.5966   1900 Grant Street, Suite 1025   www.huntergeist.com
800.525.8490   Denver, CO 80203                scheduling@huntergeist.com

Your Partner in Making the Record

**EXHIBIT D**

Court Reporting, Legal Videography, and Videoconferencing

Case 5:15-cv-04958-DDC   Document 117-4   Filed 07/13/18   Page 2 of 3

ALAN NEUBERGER - 5/11/2018
Rezac Livestock Commission Co., Inc. v. Pinnacle Bank, et al.

77

1   A   Of course.
2   Q   -- Neuberger Cattle Company, you understand that?
3   A   I understand.
4   Q   And so if Mr. Barthel said one of the invoices in
5       some of the invoices we talked about disclosed
6       Neuberger as Leonard's principal and that Leonard
7       was your agent, would that be accurate or not
8       accurate?
9   A   That would be not accurate.
10  Q   And so any conclusion that suggests -- is it --
11      well, let me ask it this way.  Has Leonard ever
12      acted as your agent?
13  A   He has not.
14  Q   Have you done business with him as a
15      dealer-to-dealer transaction?
16  A   Yes.
17  Q   And is there -- in every invoice here where it
18      shows sales between Neuberger and Leonard Cattle
19      Company, were those dealer-to-dealer
20      transactions?
21  A   Yes.
22  Q   Were any of them commissioned agent transactions?
23  A   No.
24  Q   And is that true even if there's a word that says
25      "commission" on the invoice?

78

1   A   Correct.
2   Q   On the day of the sale, September 29, 2015, did
3       you or your father call Charlie Leonard to try
4       and buy the heifers that you had seen him
5       purchase on the internet?
6   A   Yes.
7   Q   And when you say when we saw him purchase, how
8       did you know he bought them?
9   A   Because I recognized his buyer number.
10  Q   Okay.  And you or your father called him?
11  A   Yes.
12  Q   And you called him for what purpose?
13  A   To see if the heifers that he bought were for
14      sale.
15  Q   Were the heifers for sale?
16  A   No.
17  Q   And what did you understand that to mean?
18  A   It meant that he had an order.
19  Q   And when you've described the word or used the
20      words or you heard the words he was on a
21      mission --
22  A   Yes.
23  Q   -- what does that mean to you or what did that
24      mean to you at the time?
25          MR. SANDBERG:  Object to form.

79

1   A   It meant that he was intent on what I would say
2       he was trying to own the sale, I mean that buy
3       all the cattle that fit his particular order on
4       that day.
5   Q   (By Mr. Sandberg)  Did you have any other
6       conversations with him that day?
7   A   No, I did not.
8           MR. THOMPSON:  I have nothing further.
9           MR. SANDBERG:  No further questions.
10          MR. BUDA:  I have no further questions.
11          (Deposition concluded at 11:30 a.m.)

80

           I, ALAN NEUBERGER, do hereby certify
that I have read the above and foregoing deposition
and that the same is a true and accurate transcription
of my testimony, except for attached amendments, if
any.
           Amendments attached    (  ) Yes    (  ) No


                           _____
                           ALAN NEUBERGER

           The signature above of ALAN NEUBERGER
was subscribed and sworn to or affirmed before me in
the county of _____, state of
_____, this _____ day of
_____, 2018.


                           _____
                           Notary Public
                           My commission expires




Rezac Livestock Commission, 5/11/18 (of)

20 (Pages 77 to 80)

```
 1                         CERTIFICATE

 2      STATE OF MISSOURI     )
                              )  SS.
 3      COUNTY OF JACKSON     )

 4

 5               I, TRICIA D. TATE, a Certified Court
        Reporter, do certify that pursuant to Notice to
 6      Take Deposition, at the law offices of Bryan
        Cave Leighton Paisner, 1200 Main Street, Suite 3800,
 7      Kansas City, Missouri, 64105,

 8

 9                       ALAN NEUBERGER

10
        came before me, was by me duly sworn to testify
11      the whole truth of his knowledge of the matters
        in controversy aforesaid, was examined and his
12      examination then written in shorthand by me and
        afterwards typed, the reading and the signing
13      of the deposition being expressly requested by
        witness, and said deposition is herewith
14      returned.
            I further certify that I am not
15      counsel, attorney, or relative of either party,
        or clerk or stenographer of either party, or
16      otherwise interested in the event of this suit.

17

18      IN TESTIMONY WHEREOF, I have hereunto set my
        hand and seal this 23rd day of May, 2018.
19
                        _____
20

21                         Tricia D. Tate
                           Missouri C.C.R. 1240
22                         Kansas C.S.R. 1609

23

24

25
```